Peter Armato, defendant in error, v. H. W. Elmore & Company, plaintiff in error. Gen. No. 35,273.

Opinion filed November 9, 1931.

Beckman, Olson, Hough & Woods, for plaintiff in error; Charles F. Hough, of counsel. Palmer & Marino, for defendant in error; Charles L. Mahony, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.